B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Eastern District of Michigan

In re  Phillip Kenneth Fotherby  
Gail Karen Fotherby
                                                        Debtor(s)

Case No. **14-56701**  
Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION - AMENDED

**PART A** - Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:** Chase | **Describe Property Securing Debt:** House at 6628 Ridgewood Court, Clarkston, MI 48348; Sheriff's Sale Foreclosed 2/17/15 |

Property will be (check one):  
■ Surrendered      □ Retained

If retaining the property, I intend to (check at least one):  
□ Redeem the property  
□ Reaffirm the debt  
□ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):  
□ Claimed as Exempt      ■ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:** Provident Funding Assoc. | **Describe Property Securing Debt:** House at 6628 Ridgewood Court, Clarkston, MI 48348; Sheriff's Sale Foreclosed 2/17/15 |

Property will be (check one):  
■ Surrendered      □ Retained

If retaining the property, I intend to (check at least one):  
□ Redeem the property  
□ Reaffirm the debt  
□ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):  
□ Claimed as Exempt      ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| Lessor's Name:<br>Chrysler Capital | Describe Leased Property:<br>Vehicle leases two (2) 2014 Chrysler 300 | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES ☐ NO |

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date **April 10, 2015**   Signature   **/s/ Phillip Kenneth Fotherby**
                                      Phillip Kenneth Fotherby
                                      Debtor

Date **April 10, 2015**   Signature   **/s/ Gail Karen Fotherby**
                                      Gail Karen Fotherby
                                      Joint Debtor

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE: PHILLIP KENNETH FOTHERBY
GAIL KAREN FOTHERBY

Case No: 14-56701-tjt
Honorable Thomas J. Tucker
Chapter 7

Debtors.

## CERTIFICATE OF SERVICE

Richard D. Fessler, being duly sworn states that on April 10, 2015, he electronically filed with the US Bankruptcy Court the Amended Chapter 7 Individual Debtors' Statement of Intention and *Certificate of Service,* which will electronically notify the following:

Stuart Gold, Chapter 7 Trustee
U.S. Trustee

and that on April 10, 2015, said documents were also served upon the following:

/s/ RICHARD D. FESSLER (P13395)
Richard D. Fessler (P132395)
Attorney for Debtors
8685 Highland Road
White Lake, MI 48386
(248) 666-4445
AmericanBankrutpcy@ameritech.net